IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIVIANA M. RAMIREZ, | ) | No. C 09-0600 JSW (PR) |
| Plaintiff, | ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | ) ) | |
| OFFICER GEORGE SPRINGER, OFFICER SPRANKLE, | ) ) | (Docket No. 13) |
| Defendants. | ) ) | |

Good cause appearing, Defendants' motion for an extension of time to file a dispositive motion is GRANTED (docket no. 13). Defendants shall file a dispositive motion or notice that such motion is not warranted on or before August 28, 2009.

IT IS SO ORDERED.

DATED: <u>July 29, 2009</u>

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viviana M Ramirez,<br><br>        Plaintiff,<br><br>  v.<br><br>Springer et al,<br><br>        Defendant. | Case Number: CV09-00600 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Viviana M Ramirez X25428
VALLEY STATE PRISON FOR WOMEN (96)
P.O. BOX 96
CHOWCHILLA, CA 93610

Dated: July 29, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk