1 | GARRICK S. LEW (State Bar No. 61889)
Design Center East
2 | 600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
3 | Telephone: (415) 575-3588
Facsimile: (415) 522-1506
4 | gsl@defendergroup.com

5 | Attorney for Defendant
SHANE ALLEN MCNALLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 09-00600 CRB-2 |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER CONTINUING |
| vs. | ) | STATUS CONFERENCE |
| | ) | |
| SHANE ALLEN MCNALLY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court having read and considered the Stipulation to Continue Status Conference of the parties finds that good cause to continue the status conference exists in accordance with 18 U.S.C. § 3161 (h)(8)(A) and 18 U.S.C. § 3161 (h)(8)(B)(iv) on the grounds that new counsel for defendant has entered the case and requires additional time for effective preparation.

IT IS HEREBY ORDERED that the September 23, 2009 hearing be continued to October 21, 2009 at 2:15 p.m.

Dated: September 23, 2009

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer